No. 918. McMahan *v.* Johnston, Warden. April 28, 1947. Petition for writ of certiorari to the Circuit

814

Court of Appeals for the Ninth Circuit denied. Petitioner *pro se.* *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.